IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR B. TORRES-CRUZ,<br><br>                                        Defendant. | Action No. 3:11-CR-61-1 |

## ORDER

THIS MATTER is before the Court on Defendant Victor B. Torres-Cruz's "Pro Se Motion in Forma Pauperis for Reduction of Minus Two Points Pursuant to New Amendment 782 Through Title 18 USC(c)(2) and USC 994(u) by the United States Sentencing Guidelines for Drug Offenders" (ECF No. 134). In his motion, Defendant also petitions the Court to appoint an attorney to represent him with respect to his eligibility for an equitable adjustment under Amendment 782 to the United States Sentencing Guidelines. Having provided a financial affidavit showing that he lacks the financial resources to retain counsel, Defendant's request to appoint counsel is hereby GRANTED. The Clerk is DIRECTED to appoint counsel for the Defendant. Defendant shall have fourteen (14) days from the date of this Order to file a Motion for a Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2).

Let the Clerk send a copy of this Order to the Defendant, the United States Attorney's Office, the Office of the Federal Public Defender, and the United States Probation Office.

It is SO ORDERED.

                                                                            _____/s/_____
                                                                            James R. Spencer
                                                                            Senior U. S. District Judge

ENTERED this \_\_9th\_\_\_ day of December 2014.